**No. 10-8080. David Watkins, Petitioner v. Larry Small, Warden.**

562 U.S. 1234, 131 S. Ct. 1506, 179 L. Ed. 2d 331, 2011 U.S. LEXIS 1677.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 400 Fed. Appx. 222.

**No. 10-8082. E. R. H., Petitioner v. Michael J. Astrue, Commissioner of Social Security.**

562 U.S. 1234, 131 S. Ct. 1506, 179 L. Ed. 2d 331, 2011 U.S. LEXIS 1706.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 384 Fed. Appx. 573.

**No. 10-8083. Anita Barnes, Petitioner v. Michael McKown.**

562 U.S. 1234, 131 S. Ct. 1506, 179 L. Ed. 2d 331, 2011 U.S. LEXIS 1592.

February 22, 2011. Petition for writ of certiorari to the Appellate Division, Supreme Court of New York, Fourth Judicial Department, denied.

Same case below, 74 App. Div. 3d 1914, 903 N.Y.S.2d 843.

**No. 10-8084. Rochester Eugene Presley, Petitioner v. Mississippi.**

562 U.S. 1234, 131 S. Ct. 1506, 179 L. Ed. 2d 331, 2011 U.S. LEXIS 1615.

February 22, 2011. Petition for writ of certiorari to the Supreme Court of Mississippi denied.

**No. 10-8085. Perry Dean Park, Petitioner v. Virginia.**

562 U.S. 1234, 131 S. Ct. 1506, 179 L. Ed. 2d 331, 2011 U.S. LEXIS 1667.

February 22, 2011. Petition for writ of certiorari to the Supreme Court of Virginia denied.

**No. 10-8086. Leroy Williams, Petitioner v. Washington.**

562 U.S. 1234, 131 S. Ct. 1506, 179 L. Ed. 2d 331, 2011 U.S. LEXIS 1692.

February 22, 2011. Petition for writ of certiorari to the Supreme Court of Washington denied.

**No. 10-8087. Wesley Alan Spring, Petitioner v. Florida.**

562 U.S. 1234, 131 S. Ct. 1507, 179 L. Ed. 2d 331, 2011 U.S. LEXIS 1550.

February 22, 2011. Petition for writ of certiorari to the District Court of Appeal of Florida, First District, denied.

Same case below, 46 So. 3d 1005.

**No. 10-8088. Albert Lawrence Bomer, Jr., Petitioner v. Gary J. Capello, Warden.**

562 U.S. 1234, 131 S. Ct. 1507, 179 L. Ed. 2d 331, 2011 U.S. LEXIS 1512.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.